# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Tracfone Wireless cellular phone,<br>IMEI- 01511400,<br>Alcatel Model Number- A405DL. | Case No. 1:19-mj-79-PJG |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
a broken Tracfone Wireless cellular phone, IMEI- 01511400, Alcatel Model Number- A405DL.

located in the _____Western_____ District of _____Michigan_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Distribute Controlled Substances, Possession of Controlled Substances with Intent to Distribute |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Robert Henley, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/08/2019

_____
*Judge's signature*

City and state: Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*